UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In the Matter of: ) Case No: 12-72282-CMS13
   CIERA LAMORE WEBB )
   S.S. No: ###-##-3004 ) In Proceeding under Chapter 13
In the Matter of: ) of the Bankruptcy Code

DIRECTION FOR DEDUCTION

TO:    BROOKDALE AT NORTHPORT
       951 ROSE DALE
       ATTN: PAYROLL
       NORTHPORT, AL 35476-

    the employer of the above Debtor,

    The Debtor herein, having filed a Petition under Chapter 13 of the Bankruptcy Code, thereby having subjected all future earnings to the jurisdiction of the U.S. Bankruptcy Court until further order of the Court; and having filed a written plan; and the Court having assumed exclusive jurisdiction over all the Debtor's future earnings, which are not subject to levy or garnishments, except continuing wage withholding orders for current child support; and the Debtor herein having requested the issuance of the DIRECTIVE to implement the proposed plan in this case as evidenced by the Debtor's written consent below; or Confirmation having been had as proposed by law; and Section 1325(b) of Title 11 of the United States code providing that, "After confirmation of a plan, the court may order any entity from whom the debtor receives income to pay all or any part of such income to the trustee."

    IT IS DIRECTED:

that the Employer be, and hereby is ordered to deduct from Debtor's earnings, vacation pay or bonuses, for payment into this Court, the sum of:

$56.00 BIWEEKLY

beginning immediately, AND TO FORWARD SAID DEDUCTION AT LEAST ONCE EACH MONTH to:

C. David Cottingham, Standing Chapter 13 Trustee
P.O. Drawer 020588
Tuscaloosa, AL 35402

The above Employer is hereby informed that it is prohibited from imposing any type of penalty or the taking of any type or form of disciplinary action against the employee-debtor because of the issuance and effort of this Direction, said Direction having been issued to implement the Debtor's voluntary Chapter 13 plan as authorized by the Federal Bankruptcy Code. Any such disciplinary action is prohibited by Section 525 of Title 11 of the United States Code.

Consented to by:

**SEE ATTACHED REQUEST**        /s/ C. David Cottingham
Debtor        C. David Cottingham
        Standing Chapter 13 Trustee

IF ANY INFORMATION IS DESIRED REGARDING THIS ORDER,
PLEASE CALL THE TRUSTEE'S OFFICE – TELEPHONE (205) 758-8595
FACSIMILE (205) 758-0149

PLEASE NOTIFY THE TRUSTEE'S OFFICE IF AND WHEN THE DEBTOR LEAVES YOUR EMPLOYMENT
cc:    Debtor
       Employer
       Attorney: EDWINA E. MILLER
       Clerk, U.S. Bankruptcy Court
Mailed: 1/6/14 (hannahg)        DATE: January 6, 2014