C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:  BROOKDALE AT NORTHPORT
     951 ROSE DALE
     ATTN: PAYROLL
     NORTHPORT, AL 35476-

Date:   03/31/2015

Chapter 13 Case Number:  12-72282-JHH13

Debtor:  CIERA LAMORE WEBB

Debtor's Social Security Number:  ###-##-3004

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently directed to do so.

Thank you for your cooperation.

        Very truly yours,

        /s/ C. David Cottingham
        C. David Cottingham
        Standing Chapter 13 Trustee

CDC/hmg

cc:  CIERA LAMORE WEBB
     Employer
     Attorney:  EDWINA E. MILLER
     Clerk, U.S. Bankruptcy Court