UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIERA LAMORE WEBB | § | CHAPTER 13 |
| SS# XXX-XX-3004 | § | |
| DEBTOR(S) | § | CASE NO. BK 12-72282-JHH-13 |

## CONSENT ORDER APPROVING POST-PETITION FINANCING

Comes now, Inland Bank/InSolve Auto Funding, LLC, a secured creditor, Ciera Webb, the Debtor, by and through their respective counsel, and the Trustee, by agreement of the parties, and advise the Court that the Debtor is approved to incur post-petition secured debt to purchase a 2012 Nissan Altima Sedan, VIN: 1N4AL2AP9CN536879. The amount to be financed is $14,773.00 to be paid over 60 months at 22.00 % APR, with a monthly payment of $408.44 per month. The payment will be paid by the Trustee concurrent with all other secured claims (if any). Debtor shall obtain and maintain full coverage insurance on the vehicle and list Inland Bank/InSolve Auto Funding, LLC as the loss payee. Debtor acknowledges that this is a claim for post-petition financing under 11 U.S.C. § 1305(a)(2) and will not be subject to discharge. Should the Debtor default in payments to the Trustee or there is a lapse in insurance, Inland Bank/InSolve Auto Funding, LLC or their assign shall notify Debtor, Debtor's counsel, and Trustee of the default. If the default is not cured within twenty (20) days of such notice, Inland Bank/InSolve Auto Funding, LLC shall have relief from the automatic stay of 11 U.S.C. § 362(a) without further hearing, upon the filing of notice of default. Done this the 20th day of April, 2015.

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge

This Order Prepared By:

Robert A. Morgan (ASB-4660-A45R)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403-2727
(205) 344-5000

This Order consented to by:

| | |
|---|---|
| */s/ Robert A. Morgan* | */s/ C. David Cottingham* |
| Robert A. Morgan (ASB-4660-A45R) | C. David Cottingham |
| Inland Bank/InSolve Auto Funding, LLC | Chapter 13 Trustee |
| ROSEN ♦ HARWOOD, P.A. | 701 22nd Ave., Suite 4 |
| 2200 Jack Warner Parkway, Suite 200 | P. O. Drawer 020588 |
| Post Office Box 2727 | Tuscaloosa, Alabama 35402 |
| Tuscaloosa, Alabama 35403-2727 | (205) 758-8595 |
| (205) 344-5000 | |

*/s/ Edwina Miller*
Edwina Miller
Attorney for Debtor
2915 7th Street
Tuscaloosa, AL 35401
(205) 752-0053