IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER |
| Ciera Lamore Webb | CHAPTER 13 OF THE |
| | BANKRUPTCY CODE |
| DEBTOR. | CASE NO. BK-12-72282-JHH-13 |

### MOTION TO MODIFY PLAN POST-CONFIRMATION TO INCREASE CHAPTER 13 PAYMENTS

Comes now your Debtor, by and through counsel of record, and moves this Honorable Court pursuant to §1322, and §1329 of the Bankruptcy Code to enter an order modifying Debtor's Plan, and as grounds for this Motion, your Debtor would show the following:

1. The Debtor filed for relief under Chapter 13 on November 2, 2012 and the case was confirmed on February 5, 2013.

2. Debtor states that she needs to increase her plan payments to pay all remaining creditors in the time allowed by this court.

3. The Debtor payments need to be increased from $56.00 per biweekly to $326.00 per biweekly ($152.00 for each employer per deduction order) to pay all remaining creditors in the time allowed by this court.

**WHEREFORE,** Debtor moves the Court to approve the modification of her plan to allow her plan payments increase from **$56.00.00 per biweekly to $326.00 per biweekly** ($152.00 for each employer per deduction order) as proposed.

/s/ Edwina E. Miller
Edwina E. Miller
Attorney for Debtor

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Motion upon the C. David Cottingham, Standing Trustee, and all affected creditors listed on the attached matrix by mailing a copy of the same properly addressed with adequate postage thereon.

This the 9th day of June 2015.

/s/ Edwina E. Miller
Edwina E. Miller
Attorney for Debtor

Copies to:
Court File

C. David Cottingham
Standing Trustee

All Creditors on Matrix

```
Label Matrix for local noticing           U. S. Bankruptcy Court                    AT&T Mobility II LLC
1126-7                                    2005 University Blvd., Room 2300          % AT&T Services, Inc
Case 12-72282-JHH13                       Tuscaloosa, AL 35401-1546                 Karen Cavagnaro, Paralegal
NORTHERN DISTRICT OF ALABAMA                                                        One AT&T Way, Room 3A231
Tuscaloosa                                                                          Bedminster, NJ 07921-2693
Tue Jun  9 10:38:57 CDT 2015

Alabama Title Loans                       Alabama Title Loans, Inc.                 CareCredit
726 McFarland Blvd.                       c/o The Salkin Law Firm, P.A.             GE Money Bank
Northport, AL 35476-3335                  1776 N. Pine Island Road, Suite 218       P.O. Box 981127
                                          Plantation, FL 33322-5223                 El Paso, TX 79998-1127


Cingular Wireless                         DCH Regional Medical Center               Dishuck, LaCoste & Smith
c/o Creditors Bankruptcy Services         P.O. Box 2058                             Attorneys at Law
P.O. Box 740933                           Tuscaloosa, AL 35403-2058                 P O Box 20677
Dallas, TX 75374-0933                                                               Tuscaloosa, AL 35402-0677


Franklin Collection Services              GE Capital Retail Bank                    HRRG
2978 W. Jackson Street                    Attn: Bankruptcy Department               P.O. Box 189053
P.O. Box 3910                             PO Box 960061                             Fort Lauderdale, FL 33318-9053
Tupelo, MS 38803-3910                     Orlando FL 32896-0661


Health Services Foundation                InSolve Auto Funding, LLC,                Kay Jewelers
c/o Credit Bureau of Bessemer, Inc.       c/o Capital Recovery Gr                   P.O. Box 3680
P.O. Box 590                              PO Box 64090                              Akron, OH 44309-3680
Bessemer, AL 35021-0590                   Tucson, AZ 85728-4090


McIlwain, Ronald W., DMD                  Northport Hospital-DCH                    PARAGON CONTRACTING SERVICES, INC
651 Helen Keller Blvd.                    2700 Hospital Drive                       PO Box 12907
Tuscaloosa, AL 35404-2983                 Northport, AL 35476-3380                  Norfolk VA 23541-0907


Paragon Contracting Services, Inc.        Priority Insurance Agency, Inc.           REGIONS BANK
Emergency Medicine                        P.O. Box 1106                             P O BOX 10063
P.O. Box 189016                           Trussville, Al 35173-6100.                BIRMINGHAM, AL  35202-0063
Plantation, FL 33318-9016


Regions Bank                              Ron McIlwain DMD c/o Franklin Coll Svc    Sterling Jewelers Inc dba KAY JEWELERS
P.O. Box 1984                             PO Box 3910                               c/o Weltman, Weinberg & Reis
Birmingham, AL 35201-1984                 Tupelo, MS 38803-3910                     323 W. Lakeside Avenue
                                                                                    Cleveland, OH 44113-1085


UAB Hospital                              UAB Medicine                              Univer. Oral & Facial Surgery
c/o Comer & Upshaw, LLP.                  619 19th Street S                         651 Helen Keller Blvd.
2107 Second Avenue North                  Birmingham, AL 35249-1900                 Tuscaloosa, AL 35404-2983
Birmingham, Alabama 35203-3726


West Alabama Emerg Physicians             eCAST Settlement Corporation              C David Cottingham
315 Main Avenue                           POB 29262                                 Chapter 13 Standing Trustee
Northport, AL 35476-5057                  New York, NY 10087-9262                   701 22nd Avenue, Suite 4
                                                                                    P O Drawer 020588
                                                                                    Tuscaloosa, AL 35402-0588
```

| Ciera Lamore Webb | Edwina E Miller | End of Label Matrix |
| --- | --- | --- |
| 5033 31st Avenue East | Law Office of Edwina E Miller | Mailable recipients 31 |
| Tuscaloosa, AL 35405-5301 | 2915 7th Street | Bypassed recipients 0 |
| | Tuscaloosa, AL 35401-1809 | Total 31 |