C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO: YOGURT MOUNTAIN
402 INDUSTRIAL LN
ATTN: PAYROLL DEPT
BIRMINGHAM, AL 35211-

Date: 10/07/2015

Chapter 13 Case Number: 12-72282-JHH13

Debtor: CIERA LAMORE WEBB

Debtor's Social Security Number: ###-##-3004

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently directed to do so.

Thank you for your cooperation.

        Very truly yours,

        /s/ C. David Cottingham
        C. David Cottingham
        Standing Chapter 13 Trustee

CDC/hmg

cc: CIERA LAMORE WEBB
     Employer
     Attorney: EDWINA E. MILLER
     Clerk, U.S. Bankruptcy Court