UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                              CASE NO: 12-72282-JHH13
     CIERA LAMORE WEBB                      CHAPTER 13

         DEBTOR.

## TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING

     Comes now C. David Cottingham, Standing Trustee, in the above styled case and moves to dismiss this case and in support thereof represents to the Court as follows:

|     |     |
| --- | --- |
| ___ | The Debtor's payments are not current, resulting in a material default in plan payments pursuant to 11 U.S.C. 1307 (c)(6). |
| X | The Debtor's Plan is no longer feasible. |
| ___ | The Debtor's payments are insufficient to pay case within the time allowed by law. |
| ___ | The Trustee has received notice that the Debtor is deceased. |

     WHEREFORE, the Trustee moves that this case be **DISMISSED**.

This the 4th day of March, 2016.                           /s/ C. David Cottingham
                                                                               C. David Cottingham, Standing Trustee

..........................................................................

## NOTICE OF HEARING

     Notice is hereby given that a hearing on the above styled motion will be held on Tuesday the 26th day of April, 2016, at 9:00 a.m. in the UNITED STATES BANKRUPTCY COURT, FEDERAL COURT HOUSE, 2005 UNIVERSITY BLVD, ROOM 2600, TUSCALOOSA, AL 35401.

..........................................................................

### Certificate of Service

     This is to certify that I have this day served a copy of the above Motion upon the following parties listed below by mailing a copy of the same with adequate postage thereon or by electronic means when available.

CIERA LAMORE WEBB, 5033 31ST AVENUE EAST, TUSCALOOSA, AL 35405-5301
EDWINA E. MILLER, 2915 7TH STREET, TUSCALOOSA, AL 35401

This the 4th day of March, 2016.                           /s/ C. David Cottingham
                                                                               C. David Cottingham, Standing Trustee