C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO: WILSON HOTEL MGMT
8700 WEST TRAIL LAKE STE 300
ATTN: PAYROLL
MEMPHIS, TN 38125-

Date: 03/21/2016

Chapter 13 Case Number: 12-72282-JHH13

Debtor: CIERA LAMORE WEBB

Debtor's Social Security Number: ###-##-3004

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently directed to do so.

Thank you for your cooperation.

Very truly yours,

/s/ C. David Cottingham
C. David Cottingham
Standing Chapter 13 Trustee

CDC/hmg

cc: CIERA LAMORE WEBB
Employer
Attorney: EDWINA E. MILLER
Clerk, U.S. Bankruptcy Court