12-72282-JHH13
1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

Ciera Lamore Webb            }    **Case No: 12-72282-JHH13**
SSN: XXX-XX-3004         }
   DEBTOR(S).             }
                          }
                          }

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Tuesday, April 26, 2016 09:00 AM, for a hearing on the following:

    1) RE: Doc #67; Trustee's Motion to Dismiss Case as Debtor's Plan is no Longer Feasible
    2) RE: Doc #71; Joint Consent to Action at Hearing on Trustee's Motion to Dismiss filed by Debtor and Trustee

Proper notice of the hearing was given and appearances were made by the following:
    C David Cottingham, Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings of record, the evidence before the Court, and for the reasons stated on the record of the hearing, the chapter 13 trustee's motion to dismiss this case (Doc. 67) is GRANTED, and the case is DISMISSED.

Dated: 04/27/2016                                               /s/ JENNIFER H. HENDERSON
                                                                         JENNIFER H. HENDERSON
                                                                         United States Bankruptcy Judge